UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

| | |
|---|---|
| SCOTT KANVICK, | ) |
| | ) CASE NO.: 3:15-CV-00631-RCJ-VPC |
| Plaintiff, | ) |
| | ) |
| v. | ) O R D E R |
| | ) |
| CITY OF RENO, *et al.,* | ) |
| | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #7) entered on August 25, 2016, in which the Magistrate Judge recommends the Court grant and deny in part Plaintiff's Amended *Pro Se* Complaint (ECF #5).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #7).

IT IS SO ORDERED this 22nd day of September, 2016.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE